**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leonard Guzman, | No. CV-18-04962-PHX-ROS |
| Petitioner, | **ORDER** |
| v. | |
| State of Arizona, et al., | |
| Respondents. | |

On April 27, 2020, Magistrate Judge Deborah M. Fine issued a Report and Recommendation ("R&R"). (Doc. 19). That R&R recommends the Petition be dismissed with prejudice because "the claims in the Petition are procedurally defaulted without excuse." (Doc. 19 at 14). Petitioner did not file any objections. Therefore, the Court has no obligation to review the R&R and it will be summarily adopted.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 19) is **ADOPTED**. The Petition for Writ of Habeas Corpus (Doc. 1) is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment accordingly.

…

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability is denied because dismissal of the Petition is justified by a plain procedural bar and reasonable jurists would not find the procedural ruling debatable.

Dated this 11th day of June, 2020.

_____
Honorable Roslyn O. Silver
Senior United States District Judge